```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 14-04466-JJT
Kerre Moore                                                             Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: AGarner                Page 1 of 2              Date Rcvd: Feb 27, 2018
                              Form ID: pdf010              Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db             +Kerre Moore,    216 Smith Rd.,,    Jim Thorpe, PA 18229-2759
cr              Blue Mountain Health System, f/k/a Gnaden Huetten,     c/o Scott R. Lipson, Esquire,
                 1611 Pond Road,    Suite 300,    Allentown, PA 18104-2258
cr             +Santander Bank, N.A.,    P.O. Box 560284,    Suite 900 North,     Dallas, TX 75356-0284
4549714       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,     Po Box 982235,    El Paso, TX 79998)
4604318         Blue Mountain Health System, f/k/a,    Gnaden Huetten Memorial Hospital,
                 c/o Scott R. Lipson, Esquire,    1611 Pond Road, Suite 300,     Allentown, PA 18104-2258
4549716        +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
4549717        +Chase,    PO Box 24696,    Columbus, OH 43224-0696
4549718        +Chase Bank,    Po Box 15298,    Wilmington, DE 19850-5298
4549719        +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
4727247         Lakeview Loan Servicing, LLC,     Payment Processing Center,     P.O. Box 11733,
                 Newark, NJ 07101-4733
4727248        +Lakeview Loan Servicing, LLC,     Payment Processing Center,     P.O. Box 11733,
                 Newark, NJ 07101-4733,    Lakeview Loan Servicing, LLC,     Payment Processing Center 07101-4733
4549724         PA DEPARTMENT OF REVENUE,    BUREAU OF IMAGING AND,    DOCUMENT MANAGEMENT,     PO BOX 280506,
                 HARRISBURG PA 17128-0506
4739276        +Santander Bank N.A.,    PO Box 562088, Suite 900 North,     Dallas, Tx 75356-2088
4549725        +Santander Consumer USA,    PO Box 660633,    Dallas, TX 75266-0633
4560124         Santander Consumer USA,    P. O. Box 560284,    Dallas, TX 75356-0284
4574478        +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,     Dallas, TX 75356-2088
4549727        +WFFNB/Raymour & Flanigan,    800 Walnut St.,,    Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4549715         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:47      CACH LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
4549720        +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 19:16:44      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
4549721         E-mail/Text: mrdiscen@discover.com Feb 27 2018 19:12:31      Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
4563788         E-mail/Text: bankruptcy@gbmail.com Feb 27 2018 19:12:58      Guaranty Bank,
                 4000 West Brown Deer Road,    Brown Deer, WI 53209
4549722         E-mail/Text: bankruptcy@gbmail.com Feb 27 2018 19:12:58      Guaranty Bank,    PO Box 245014,
                 Milwaukee, WI 53224
4549723        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 27 2018 19:12:33      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
4597980         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:46
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4604292         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 19:10:45
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4556249         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2018 19:12:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
4549726        +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2018 03:28:59      Synchrony Bank/Walmart,
                 PO Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH LLC,    PO Box 10587,    Greenville, SC 29603-0587
cr*            +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,     Dallas, TX 75356-2088
4603953*      ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
               (address filed with court:   Guaranty Bank,    4000 West Brown Deer Road,     Brown Deer, WI 53209)
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:

```
          Alexandra Teresa Garcia    on behalf of Creditor    Guaranty  Bank ecfmail@mwc-law.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James  Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jason M Rapa    on behalf of Debtor 1 Kerre  Moore jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          Joshua I Goldman    on behalf of Creditor    Guaranty  Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael J Clark    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Scott R Lipson    on behalf of Creditor    Blue Mountain Health System, f/k/a Gnaden Huetten
           Memorial Hospital slipson@nmmlaw.com,  dbarton@nmmlaw.com
          Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Santander Bank, N.A. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Kerre Moore**

Debtor(s)

**CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
vs.**

Movant(s)

**KERRE MOORE**

Respondent(s)

Chapter: 13

Case No.: 5:14-bk-04466-JJT

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: February 27, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (RPR)